UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE DIAZ-MEDINA,

    Petitioner,

v.                                                         Case No. 3:21cv796-LC-HTC

M. V. JOSEPH,

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 13, 2022 (ECF Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 14) is adopted and incorporated by reference in this order.

2.     The Motion to Dismiss (ECF Doc. 12) is GRANTED.

3. This case is DISMISSED for lack of jurisdiction and failure to exhaust administrative remedies.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of March, 2022.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv796-LC-HTC